IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| SIGMA CORPORATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ISLAND INDUSTRIES and R. GLENN )<br>SANDERS, )<br>)<br>Defendant. ) | Case No. 2:22-cv-02436-JPM-cgc |

**ORDER GRANTING MOTION TO WITHDRAW THE REFERENCE**

Before the Court is Plaintiff Sigma Corporation's ("Sigma") Motion to Withdraw the Reference, filed with this Court on July 1, 2022. (ECF No. 1.) Plaintiff seeks an order withdrawing the reference of all claims brought by Sigma against Island Industries ("Island") in the United States Bankruptcy Court for the Western District of Tennessee, pursuant to 28 U.S.C. § 157(d). (Id. at PageID 1.)

Sigma initiated an adversary proceeding against Island and R. Glenn Sanders ("Sanders") on May 9, 2022, seeking damages for alleged theft of trade secrets pursuant to 18 U.S.C. § 1836(b), N.J. Stat. § 56:15-1, and Tenn. Code Ann. § 47-25-101, *et seq*. (Id. at PageID 2–3.) Defendant Sanders is not a party to Island's Chapter 11 bankruptcy case. (Id. at PageID 3.) The Parties do not dispute that Sigma's claims against Sanders are non-core. (See Id.; see also ECF No. 1-1 at PageID 15.) Sigma has demanded a jury trial in this matter. (Id.) The Court finds that these factors amount to "cause shown" to withdraw the reference. 28 U.S.C. § 157(d). The Court therefore elects to permissively withdraw the reference from the

bankruptcy court.  See In re Old Time Pottery, LLC, No. 3:20-BK-03138, 2021 WL 8013747, at *4 (M.D. Tenn. Nov. 8, 2021) (noting that the factors weighing in favor of cause being shown include "whether the claim is core or non-core," judicial efficiency, and whether a jury trial has been demanded).  The Motion is **GRANTED**.

    **SO ORDERED**, this 4th day of October, 2022.

                                                      /s/ Jon P. McCalla
                                                      JON P. McCALLA
                                                      UNITED STATES DISTRICT JUDGE