## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | | |
|---|---|---|
| SIGMA CORPORATION, | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
| | ) | Case No. 22-cv-2436-JPM-cgc |
| v. | ) | |
| | ) | |
| ISLAND INDUSTRIES, INC. and | ) | |
| R. GLENN SANDERS, | ) | |
| | ) | |
|    Defendants. | ) | |
| | ) | |

## JUDGMENT

**JUDGMENT BY COURT.**  This action having come before the Court on Defendant's Refiled Motion to Dismiss, filed on November 11, 2022 (ECF No. 33), and the Court having entered an Order of Dismissal (ECF No. 43),

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, this action is hereby DISMISSED WITH PREJUDICE.

**APPROVED:**

  /s/ Jon P. McCalla
_____
JON P. McCALLA
UNITED STATES DISTRICT JUDGE


  February 28, 2023
_____
Date