# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

**SIGMA CORPORATION,**

**Plaintiff,**

**v.**  Case No. 2:22-cv-02436-JPM-cgc

**ISLAND INDUSTRIES, INC. and**
**R. GLENN SANDERS,**

**Defendants.**

## NOTICE OF APPEAL

Notice is hereby given that Sigma Corporation, plaintiff in the above-named case, appeals to the United States Court of Appeals for the Sixth Circuit from Entry of Judgment entered by this Court on February 28, 2023 (ECF No. 44) and this Court's Order Granting Defendants' Motion to Dismiss entered on February 28, 2023 (ECF No. 43).

Dated: March 8, 2023.

Respectfully submitted,

*s/ E. Franklin Childress, Jr.*

E. Franklin Childress, Jr. (TN # 7040)
R. Spencer Clift, III (TN Bar # 020445)
165 Madison Avenue, Suite 2000
Memphis, Tennessee 38103
Telephone: (901) 526-2000
Email: fchildress@bakerdonelson.com
Email: sclift@bakerdonelson.com


Roberto J. Kampfner (admitted pro hac vice)
Aaron Colodny (admitted pro hac vice)
WHITE & CASE LLP
555 South Flower Street, Suite 2700
Los Angeles, CA 90071
Telephone: (213) 620-7700
Facsimile: (213) 452-2329
Email: rkampfner@whitecase.com
Email: aaron.colodny@whitecase.com


*Counsel for Plaintiff Sigma Corporation*

## CERTIFICATE OF SERVICE

  I hereby certify that on March 8, 2023, I electronically filed the foregoing with the Clerk of Court via the NextGen CM/ECF system, which sent notification to counsel for Defendant and the following counsel of record for Plaintiff:

**COUNSEL FOR ISLAND INDUSTRIES, INC.**

Michael P. Coury (TN #7002)
Ricky L. Hutchens (TN #34750)
GLANKER BROWN, PLLC
6000 Poplar Avenue, Suite 400
Memphis, Tennessee 38119
Telephone: (901) 576-1886
Email: mcoury@glankler.com
Email: rhutchens@glankler.com


Kelly Bain Kramer
MAYER BROWN LLP
1999 K Street NW
Washington, DC 20006
Email: kkramer@mayerbrown.com


**COUNSEL FOR R. GLENN SANDERS**

Douglas F. Halijan (BPR # 016718)
BURCH PORTER & JOHNSON, PLLC
130 North Court Avenue  Memphis, TN 38103
Telephone: 901-524-5000
Facsimile: 901-524-5024
Email: dhalijan@bpjlaw.com

                 s/ *E. Frank Childress*